IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01626-BNB

MARCO A. RODRIQUEZ-LANDA,

    Applicant,

v.

THE UNITED STATES OF AMERICA FOR THE DISTRICT OF COLORADO IN THE TENTH CIRCUIT,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 12 2007

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant, Marco A. Rodriguez-Landa, is in the custody of the Colorado Department of Corrections and currently is incarcerated at the Arrowhead Correctional Facility in Cañon City, Colorado. He attempted to initiate this action by filing *pro se* a demand for speedy disposition of a detainer and motions for leave to proceed *in forma pauperis*, for appointment of counsel, and to set a hearing.

In an order filed on August 1, 2007, Magistrate Judge Boyd N. Boland ordered Mr. Rodriguez-Landa to cure certain enumerated deficiencies in the case. Specifically, Mr. Rodriguez-Landa was directed to file within thirty days a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action and an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. Magistrate Judge Boland warned Mr. Rodriguez-Landa that if he failed to comply with the August 1 order within the time allowed, the action would be dismissed without further notice. Mr. Rodriguez-Landa has failed within the time allowed to comply with

the August 1 order or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the demand for speed disposition of detainer and the action are dismissed without prejudice for failure to comply with the August 1, 2007, order to cure and for failure to prosecute. It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this 12 day of Sept., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01626-BNB

Marco A. Rodriquez-Landa
Reg. No. 128749
Arrowhead Corr. Center
PO Box 300 Unit C
Canon City, CO 81215

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  9-12-7

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk